UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YOLANDA LANDERS,

        Plaintiff,

v.

PROG LEASING, LLC d/b/a
PROGRESSIVE LEASING,

        Defendant.

Case No.: 4:17-cv-00525-MW-CAS

## NOTICE OF PENDING SETTLEMENT

Plaintiff, YOLANDA LANDERS, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, YOLANDA LANDERS, and Defendant, PROG LEASING, LLC d/b/a PROGRESSIVE LEASING, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 15, 2018

                                                  */s/ Amy M. Ferrera*
                                                  AMY M. FERRERA, ESQUIRE
                                                  Florida Bar No. 15313
                                                  MORGAN & MORGAN, TAMPA
                                                  One Tampa City Center

        201 N. Franklin Street, Suite 700
        Tampa, FL 33602
        Telephone: (813) 223-5505
        Facsimile: (813) 222-2452
        AMFerrera@ForThePeople.com
        LCrouch@ForThePeople.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to:

Jenny N. Perkins, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8378
Facsimile: (215) 864-8999
Attorneys for Respondent

        */s/ Amy M. Ferrera*
        AMY M. FERRERA, ESQUIRE
        Florida Bar No. 15313